IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-330-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TERENCE WATSON | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own initiative where the parties' deadline for filing proposed voir dire and jury instructions was Friday, March 30, 2012. It appears from the face of the docket that the government has not filed its submissions. Where this matter is set for jury trial to begin Friday, April 6, 2012, the government is ordered to file its proposed voir dire and jury instructions no later than the close of business **today, April 2, 2012.** Should the government fail to do so, the court will proceed with the assumption that the government agrees to the entirety of defendant's submissions.

SO ORDERED, this the 2nd day of April, 2012.

LOUISE W. FLANAGAN
United States District Judge